FOWLER *v.* THE STATE.

BELL, Justice. 1. The testimony of the female alleged to have been raped was not so inherently improbable as to be unworthy of belief as a matter of law. Under all the facts and circumstances her credibility was an issue to be determined by the jury.

2. The evidence authorized the verdict, and the court did not err in overruling the motion for new trial based solely on the general grounds.

*Judgment affirmed. All the Justices concur.*

No. 11105. JANUARY 17, 1936. REHEARING DENIED FEBRUARY 21, 1936.

*A. H. Burtz* and *John S. Wood,* for plaintiff in error.

*M. J. Yeomans, attorney-general, H. G. Vandiviere, solicitor-general,* and *George L. Goode, assistant attorney-general,* contra.